77 A.3d 633

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Larry WOODSON, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 9, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of October, 2013, the Petition for Allowance of Appeal and Application to Remand and/or Withdrawal of Appearance are **DENIED.**